## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| LYNN TILTON, *et al.*,<br><br>                  Appellants,<br><br>        v.<br><br>MBIA INC., *et al.*,<br><br>                  Appellees. | Case No. 1:22-cv-00400 (TLA) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Appellants Patriarch Partners VIII, LLC,

Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Octaluna, LLC, Octaluna

II, LLC, Octaluna III, LLC, and Lynn Tilton (collectively, the "Appellants") hereby

appeal to the United States Court of Appeals for the Third Circuit from the Order of

the United States District Court for the District of Delaware (Hon. Thomas L.

Ambro) dated August 11, 2022 (D.I. 44), affirming the *Order on Defendants'*

*Motions to Dismiss the Amended Complaint of Lynn Tilton and the Patriarch &*

---

[1]    The Debtors, and, where applicable, the last four digits of each of their respective taxpayer
identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059),
Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297),
and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc.,
1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

*Octaluna Entities for Equitable Subordination* of the United States Bankruptcy

Court for the District of Delaware (Hon. Karen B. Owens) entered in the bankruptcy

case on March 25, 2022 (D.I. 1-1).

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the

Order appealed from and the names, addresses, and telephone numbers of their

respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| **Appellants**<br><br>Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Octaluna, LLC, Octaluna II, LLC, Octaluna III, LLC, and Lynn Tilton | **COLE SCHOTZ P.C.**<br>Norman L. Pernick (No. 2290)<br>G. David Dean (No. 6403)<br>Andrew J. Roth-Moore (No. 5988)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>npernick@coleschotz.com<br>ddean@coleschotz.com<br>aroth-moore@coleschotz.com<br><br>– and –<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>Monica K. Loseman<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>Telephone: (303) 298-5784<br>Facsimile: (303) 313-2828<br>mloseman@gibsondunn.com<br><br>Akiva Shapiro<br>Michael L. Nadler<br>200 Park Avenue<br>New York, NY 10166-0193 |

2

| Party | Attorneys |
|---|---|
| | Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>ashapiro@gibsondunn.com<br>mnadler@gibsondunn.com<br><br>Michael G. Farag<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7559<br>Facsimile: (213) 229-6559<br>mfarag@gibsondunn.com |
| **Appellee**<br><br>MBIA Inc. and MBIA Insurance Corporation | **PACHULSKI STANG ZIEHL & JONES, LLP**<br>Laura Davis Jones (No. 2436)<br>Timothy P. Cairns (No. 4228)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-87055<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>– and –<br><br>**CADWALADER, WICKERSHAM & TAFT LLP**<br>Gregory M. Petrick, Esq.<br>Ingrid Bagby, Esq.<br>Michele C. Maman, Esq.<br>Sean F. O'Shea, Esq.<br>Michael E. Petrella, Esq.<br>Joshua P. Arnold, Esq.<br>200 Liberty Street<br>New York, NY 10281<br>Telephone: (212) 504 6000<br>Facsimile: (212) 504 6666<br>gregory.petrick@cwt.com<br>ingrid.bagby@cwt.com |

3

| Party | Attorneys |
|---|---|
|  | michele.maman@cwt.com<br>sean.o'shea@cwt.com<br>michael.petrella@cwt.com<br>joshua.arnold@cwt.com |
| **Appellees**<br><br>Credit Value Partners, LP, Bardin Hill Investment Partners f/k/a Halcyon Capital Management LP, Coöperatieve Rabobank U.A., Värde Partners, Inc., Ascension Alpha Fund LLC, Ascension Health Master Pension Trust, CAZ Halcyon Offshore Strategic Opportunities Fund, L.P., CAZ Halcyon Strategic Opportunities Fund, L.P., Brown University, HCN LP, Halcyon Eversource Credit LLC, HLF LP, HLDR Fund I NUS LP, HLDR Fund I TE LP, HLDR Fund I UST LP, Halcyon Vallée Blanche Master Fund LP, Bardin Hill Event-Driven Master Fund LP, Praetor Fund I, Praetorium Fund I ICAV, Hirtle Callaghan Total Return Offshore Fund Limited, Hirtle Callaghan Total Return Offshore Fund II Limited, Hirtle Callaghan Trading Partners, L.P., and Third Series of HDML Fund I LLC | **WOMBLE BOND DICKINSON (US) LLP**<br>Matthew P. Ward (No. 4471)<br>Morgan L. Patterson (No. 5538)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com<br><br>– and –<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Brian J. Lohan, Esq.<br>70 West Madison Street, Suite 4200<br>Chicago, IL 60602-4231<br>Telephone: (312) 583-2300<br>Facsimile: (312) 583-2360<br>brian.lohan@arnoldporter.com<br>– and –<br>Jeffrey A. Fuisz, Esq.<br>Robert T. Franciscovich<br>250 West 55th Street<br>New York, NY 10119-9710<br>Telephone: (212) 836-8655<br>Facsimile: (212) 836-8689<br>jeffrey.fuisz@arnoldporter.com<br>robert.franciscovich@arnoldporter.com |
| **Appellee**<br><br>Alvarez & Marsal Zohar Management | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br>Robert J. Dehney (No. 3578)<br>Matthew B. Harvey (No. 5186) |

57772/0001-43704045v1

| Party | Attorneys |
|---|---|
| | Tori L. Remington (No. 6901)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>mharvey@mnat.com<br>tremington@morrisnichols.com<br><br>– and –<br><br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>Jonathan E. Pickhardt, Esq.<br>Deborah Newman, Esq.<br>Blair Adams, Esq.<br>Zachary Russell, Esq.<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>jonpickhardt@quinnemanuel.com<br>deborahnewman@quinnemanuel.com<br>blairadams@quinnemanuel.com<br>zacharyrussell@quinnemanuel.com |
| **Appellee**<br><br>U.S. Bank National Association, solely in its capacity as Trustee under the Indentures | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br>John W. Weiss, Esq.<br>Bell Works<br>101 Crawfords Corner Road, Suite 402<br>Holmdel, NJ 07733<br>Telephone: (201) 488-8200<br>Facsimile: (201) 488-5556<br>jweiss@pashmanstein.com<br><br>– and –<br><br>**ALSTON & BIRD LLP**<br>Alexander S. Lorenzo, Esq. |

5

57772/0001-43704045v1

| Party | Attorneys |
|---|---|
|  | 90 Park Avenue, 15th Floor<br>New York, NY 10016-1387<br>Telephone: (212) 210-9400<br>Facsimile: (212) 210-9444<br>alexander.lorenzo@alston.com |

Dated:  September 9, 2022

**COLE SCHOTZ P.C.**

By: */s/ G. David Dean*
Norman L. Pernick (No. 2290)
G. David Dean (No. 6403)
Andrew J. Roth-Moore (No. 5988)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
ddean@coleschotz.com
aroth-moore@coleschotz.com

– and –

**GIBSON, DUNN & CRUTCHER LLP**
Monica K. Loseman
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: (303) 298-5784
Facsimile: (303) 313-2828
mloseman@gibsondunn.com

Akiva Shapiro
Michael L. Nadler
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
ashapiro@gibsondunn.com
mnadler@gibsondunn.com

6

Michael G. Farag
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7559
Facsimile: (213) 229-6559
mfarag@gibsondunn.com

*Counsel to Lynn Tilton, Patriarch Partners
VIII, LLC, Patriarch Partners XIV, LLC,
Patriarch Partners XV, LLC, Octaluna,
LLC, Octaluna II, LLC, and Octaluna III,
LLC*

7